IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIGHTSTAR FRANCHISING, LLC<br><br>**Plaintiff,**<br><br>v.<br><br>FORESIDE MANAGEMENT COMPANY, MARK E. WOODSUM, and CLAIRE WOODSUM,<br><br>**Defendants.** | **Case No. 1:25-cv-08741**<br><br>**Judge Mary M. Rowland** |

## PLAINTIFF'S MOTION TO COMPEL ARBITRATION

Plaintiff BrightStar Franchising, LLC ("BrightStar Care"), by its attorneys, hereby moves, pursuant to Section 4 of the Federal Arbitration Act, 9 U.S.C. §1, *et seq.* (the "FAA") to compel arbitration the arbitrable claims in a lawsuit that Defendant Foreside Management Company ("Foreside") has just filed in the Superior Court of the State of California for the County of Orange entitled *Foreside Management Company v. BrightStar Franchising, LLC and MyOutDesk, LLC, et al.*, Case No. 30-2025-01504948-CU-BC-NJC (the "California Lawsuit").

The California Lawsuit includes claims that must be arbitrated in Illinois pursuant to Section 15.3 of the parties' Franchise Agreements.[1] Defendants should be compelled to arbitrate, in accordance with the procedures described in Section 15.3, all claims asserted that do not fall within the exceptions to arbitration set forth in Section 15.4 of the Franchise Agreements.

---

[1] The FAA specifies that the proper venue for compelling arbitration is the United States District Court having jurisdiction over the contractually specified site of arbitration – which in this case is the Northern District of Illinois. 9 U.S.C. § 4.

1

In support of its Motion to Compel Arbitration, BrightStar Care submits the accompanying Memorandum of Law.

Date: August 26, 2025

Respectfully submitted,

**BRIGHTSTAR FRANCHISING, LLC**

By: */s/ Norman M. Leon*

One of its attorneys

Norman M. Leon (#6239480)
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Phone: (312) 368-2192
Facsimile: (312) 236-7516
norman.leon@us.dlapiper.com

**CERTIFICATE OF SERVICE**

I, Norman M. Leon, do hereby certify that, on this 26th day of August 2025, I electronically filed a copy of **PLAINTIFF'S MOTION TO COMPEL ARBITRATION** using the ECF System for the United States District Court for the Northern District of Illinois. Notice of this filing was served to all counsel of record registered on the ECF system.

*/s/ Norman M. Leon*
Norman M. Leon