**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRIGHTSTAR FRANCHISING, LLC, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-08741 |
| FORESIDE MANAGEMENT COMPANY, MARK E. WOODSUM, and CLAIRE WOODSUM, | Judge Mary M. Rowland |
| Defendants. | |

## ORDER

    Pursuant to this Court's November 19, 2025 order on Plaintiff's Motion for Preliminary Injunction [52], Plaintiff shall deposit with the Court, either via cash or via cashier's check, a twenty thousand U.S. dollars ($20,000.00) bond.

    Plaintiff shall also file a Registry Deposit Information Form alongside the deposit. A template for the Registry Deposit Information Form can be found at https://www.ilnd.uscourts.gov/forms.php.

E N T E R:

Dated: December 2, 2025

_Mary M Rowland_
MARY M. ROWLAND
United States District Judge