**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BRIGHTSTAR FRANCHISING, LLC,

          Plaintiff,

    v.

FORESIDE MANAGEMENT COMPANY,
ET AL.,

          Defendants.

**Civil Action No. 1:25-cv-08741**

**Judge Mary M. Rowland**

**AGREED MOTION OF PLAINTIFF BRIGHTSTAR FRANCHISING, LLC
("BRIGHTSTAR") TO EXTEND DEADLINE AND ENLARGE PAGE LIMITS FOR
BRIGHTSTAR'S REPLY TO DEFENDANTS' MEMORANDUM OF LAW IN
OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS [ECF 127]**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff BrightStar hereby moves this Court (i) to extend the time for BrightStar to reply to Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Sanctions [ECF No. 127] (the "Opp. Sanctions"), and (ii) enlarge the page limits for BrightStar's forthcoming reply from fifteen (15) pages to twenty five (25) pages. Defendants have no objection to the requested extension or enlargement of the page limits. In support of this Motion, BrightStar states as follows:

1. BrightStar filed its Motion for Sanctions on March 11, 2026 [ECF 124] against Defendants Foreside Management Company, Mark E. Woodsum, and Claire Woodsum, alleging repeated violations of the Court's Preliminary Injunction Order [ECF 52], their repeated violations of the Court's Order re: Motion for Rule to Show Cause [ECF 72], and their submission of perjured testimony.

2. BrightStar's current deadline to reply to the Opp. Sanctions is May 22, 2026.

3. BrightStar requests an extension of time through May 29, 2026 to reply to the Opp.

- 1 -

Sanctions.

4.    Good cause exists to grant the extension requested in this Motion to accommodate counsel's arbitration and travel schedule.

5.    This is BrightStar's first request for an extension of time for this filing.

6.    BrightStar also respectfully submits that the Opp. Sanctions was almost 35 pages long, and a ten-page enlargement of the page limit set forth in Local Rule 7.1 for BrightStar's reply brief would aid in presenting the relevant issues to the Court.

7.    This Motion is not brought for purposes of delay and will not cause prejudice to any party or to the Court.

8.    Undersigned counsel conferred with Defendants' counsel by email on May 20, 2026. Defendants' counsel does not object to BrightStar's requested extension and enlargement of the page limits.

WHEREFORE, Plaintiff BrightStar with agreement from Defendants respectfully requests that the Court grant (i) set the deadline of May 29, 2026 to reply to Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Sanctions [ECF 127], and (ii) permit Plaintiff to file a reply brief not to exceed twenty five (25) pages.

Date: May 21, 2026

Respectfully submitted,

**BRIGHTSTAR FRANCHISING, LLC**

By:  */s/Norman M. Leon*
      One of its attorneys


Norman M. Leon (#6239480)
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Phone: (312) 368-2192
Facsimile: (312) 236-7516
norman.leon@us.dlapiper.com

- 3 -

Bethany L. Appleby (pro hac vice)
DLA Piper LLP (US)
33 Arch Street, Suite 2600
Boston, MA 02110
Tel.: (617) 406-6048
Bethany.appleby@us.dlapiper.com

Dustin A. Linden (pro hac vice)
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel.: (310) 595-3090
dustin.linden@us.dlapiper.com

## CERTIFICATE OF SERVICE

I, Norman M. Leon, do hereby certify that, on this 21st day of May 2026, I electronically filed a copy of AGREED MOTION OF PLAINTIFF BRIGHTSTAR FRANCHISING, LLC ("BRIGHTSTAR") TO EXTEND DEADLINE AND ENLARGE PAGE LIMITS FOR BRIGHTSTAR'S REPLY TO DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS [ECF 127] using the ECF System for the United States District Court for the Northern District of Illinois. Notice of this filing was served to all counsel of record registered on the ECF system.

*/s/ Norman M. Leon*
Norman M. Leon

1632553849.1

- 4 -