**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BRIGHTSTAR FRANCHISING, LLC,

              Plaintiff,

    v.

FORESIDE MANAGEMENT COMPANY, ET
AL.,

              Defendants.

**Civil Action No. 1:25-cv-08741**

**Judge Mary M. Rowland**

**BRIGHTSTAR FRANCHISING, LLC'S UNOPPOSED MOTION FOR
AN EXTENSION OF TIME TO REPLY TO NON-PARTY JAMES
SNOW'S RESPONSE TO ITS MOTION FOR RULE TO SHOW CAUSE**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff BrightStar Franchising, LLC

("BrightStar") hereby moves this Court to extend the time for BrightStar to reply to the Response

to BrightStar's Motion for Rule to Show Cause [ECF 132] filed by James Snow [ECF 161]

("Snow's Response"). Mr. Snow has no objection to the requested extension. In support of this

Motion, BrightStar states as follows:

1.      BrightStar filed its Motion for Rule to Show Cause on March 13, 2026 [ECF 132]

against non-parties, including James Snow.

2.      BrightStar's current deadline to reply to Snow's Response is May 22, 2026.

3.      BrightStar requests an extension of time through and including May 29, 2026 to

reply to Snow's Response.

4.      Good cause exists to grant the extension requested in this Motion to accommodate

counsel's arbitration and travel schedule.

5.      This is BrightStar's first request for an extension of time with respect to Snow's

Response.

6.     This Motion is not brought for purposes of delay and will not cause prejudice to any party or to the Court.

7.     Undersigned counsel conferred with Mr. Snow by email on May 21, 2026. He does not object to BrightStar's requested extension.

WHEREFORE, Plaintiff BrightStar respectfully requests that the Court grant this Unopposed Motion for an Extension of Time.

Date: May 22, 2026

Respectfully submitted,

**BRIGHTSTAR FRANCHISING, LLC**

By:  */s/Norman M. Leon*
    One of its attorneys

Norman M. Leon (#6239480)
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Phone: (312) 368-2192
Facsimile: (312) 236-7516
norman.leon@us.dlapiper.com

Bethany L. Appleby (pro hac vice)
DLA Piper LLP (US)
33 Arch Street, Suite 2600
Boston, MA 02110
Tel.: (617) 406-6048
Bethany.appleby@us.dlapiper.com

Dustin A. Linden (pro hac vice)
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel.: (310) 595-3090
dustin.linden@us.dlapiper.com

## CERTIFICATE OF SERVICE

I, Norman M. Leon, do hereby certify that, on this 22nd day of May 2026, I electronically filed a copy of BRIGHTSTAR FRANCHISING, LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY TO NON-PARTY JAMES SNOW'S RESPONSE TO ITS MOTION FOR RULE TO SHOW CAUSE using the ECF System for the United States District Court for the Northern District of Illinois. Notice of this filing was served to all counsel of record registered on the ECF system.

*/s/ Norman M. Leon*
Norman M. Leon

1632553849.1