**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

BrightStar Franchising, LLC

                                                    Plaintiff,

v.                                                                      Case No.: 1:25−cv−08741
                                                                        Honorable Mary M. Rowland

Foreside Management Company, et al.

                                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 26, 2026:

     MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's unopposed motions for extension of time and to enlarge page limits in its reply to Defendant [168] and Plaintiff's motion file its reply in support of its motion for sanctions against non−party Snow [169] are granted. Plaintiff's reply to Defendant is to be no more than 25 pages. Both replies are due on 5/29/26. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.