**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| BRIGHTSTAR FRANCHISING, LLC, Plaintiff, v. FORESIDE MANAGEMENT COMPANY, MARK E. WOODSUM, and CLAIRE WOODSUM, Defendants. | Case No. 1:25-cv-08741 Judge Mary M. Rowland |

## ORDER ON FINAL REPORT, ACCOUNTING, AND PETITION FOR DISCHARGE OF RECEIVER, STEPHEN J. DONELL

This Court, having considered the *Final Report, Accounting, and Petition for Discharge of Receiver, Stephen J. Donell* (the "Final Report"), and good cause appearing therefore, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Court accepts and approves the Final Report of its appointed receiver, Stephen J. Donell (the "Receiver"), as well as the accounting summary (the "Final Accounting") attached thereto as **Exhibit 1**;

2.      The Court approves the actions taken by the Receiver during the pendency of his appointment;

3.      The Court approves the fees and expenses of the Receiver and his professionals as paid as reflected in the Final Accounting, and further authorizes the Receiver to pay, in accordance with the provisions of its December 19 and 23, 2025 *Orders re: Motion for Rule to Show Cause* [Dkt. Nos. 67 and 72], any administrative and professional fees and expenses currently accrued but unpaid, along with such administrative and professional fees and expenses as are incurred through the termination of the instant receivership and the Receiver's discharge and release, as provided for herein;

4933-4686-2511.1/
397266.00001/6-30-26/jad/jad

4.      The Court authorizes the Receiver to file notices of termination of the instant receivership, or provide other notice to litigants, in those matters currently stayed pursuant to its February 10, 2026 *Order in Aid of Receivership* [Dkt. No. 99];

5.      The Court authorizes the Receiver to undertake and complete the tasks identified in the Final Report and such other tasks as the Receiver deems necessary and appropriate to wind down and close the instant receivership. Without further order of the Court, the instant receivership shall be deemed closed, and the Receiver discharged and released from all liabilities and claims, if any, arising from or in connection with his service as Receiver, effective upon the Receiver's filing of a Declaration confirming the completion of such closing tasks.

**SO ORDERED.**

E N T E R:

Dated: June 30, 2026

*Mary M Rowland*

MARY M. ROWLAND

United States District Judge